IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. J. OLIVER FRED LANNAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-056-SLR |
| | ) |
| U.S. SENATOR JOSEPH BIDEN, | ) |
| CONGRESSMAN MICHAEL CASTLE, | ) |
| and U.S. SENATOR THOMAS | ) |
| CARPER, | ) |
| | ) |
| Defendants. | ) |

ORDER

At Wilmington this 2nd day of November, 2007, there having been no activity in the above-captioned case since February 9, 2005;

IT IS ORDERED that, on or before **December 3, 2007**, plaintiff shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

_____
United States District Judge