Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

Cv. 05-56-JLR

CA 05-56 SLR

J. Oliver Fred Lannak
J. Oliver Fred Lannak, Pro se
106 Mederia Circle
Newark, DE 19702

NIXIE    197    DE 1    00    11/07/07

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 19899001819    *1627-13564-02-42

FILED
NOV -9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U.S.M.S.
X-RAY

049J82023030
$00.41⁰
Mailed From 19801
11/02/2007
US POSTAGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DR. J. OLIVER FRED LANNAK, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-056-SLR ) |
| U.S. SENATOR JOSEPH BIDEN, CONGRESSMAN MICHAEL CASTLE, and U.S. SENATOR THOMAS CARPER, | ) ) ) ) ) |
|     Defendants. | ) ) |

### ORDER

At Wilmington this 2nd day of November, 2007, there having been no activity in the above-captioned case since February 9, 2005;

IT IS ORDERED that, on or before **December 3, 2007**, plaintiff shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

                                                                     _____
                                                                    United States District Judge

## Other Orders/Judgments
1:05-cv-00056-SLR Lannak v. Biden, et al

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 11/2/2007 at 12:15 PM EDT and filed on 11/2/2007
**Case Name:** Lannak v. Biden, et al
**Case Number:** 1:05-cv-56
**Filer:**
**Document Number:** 3

**Docket Text:**
ORDER TO SHOW CAUSE to pltf. re failure to prosecute.Show Cause Response due by 12/3/2007. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION. Signed by Judge Sue L. Robinson on 11/2/07. (rlp)

**1:05-cv-56 Notice has been electronically mailed to:**

**1:05-cv-56 Notice has been delivered by other means to:**

J. Oliver Fred Lannak
J. Oliver Fred Lannak, Pro se
106 Mederia Circle
Newark, DE 19702

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=11/2/2007] [FileNumber=469420-0]
[292db15a380f2238961e55360a7108f25e27ec4b0540e3ad0eda5a5c7fb4b4509848
064c2fb3e4bcd2faecb8bd54e497aeef567bcede266ce36666859e7f9594]]